DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK ANTONIO BURGOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-0831

_____

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Mark Antonio Burgos, pro se.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.